UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PEGGY BORDELON**, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**CONDUENT BUSINESS SERVICES, LLC,**<br><br>　　　　　Defendant. | Case No.: 2:25-cv-16666 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Peggy Bordelon, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Peggy Bordelon, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

1

2

Dated: October 16, 2025        By: /s/ *Leanna Loginov*

                                          Leanna A. Loginov (NJ Bar #389742022)
                                          **SHAMIS & GENTILE, P.A.**
                                          14 NE 1st Ave, Suite 705
                                          Miami, FL 33132
                                          Tel.: (305) 475-2299
                                          lloginov@shamisgentile.com

                                          *Attorney for Plaintiff and the Proposed Class*